UNITED STATES of America,
Plaintiff-Appellee,

v.

Ralph JOHNSON, Defendant-Appellant.

No. 16-15644
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(April 27, 2017)

Lindsay Feinberg, Michelle Lee Schieberk, U.S. Attorney's Office, Macon, GA, Melvin E. Hyde, Jr., Michael J. Moore, U.S. Attorney, U.S. Attorney's Office, Columbus, GA, for Plaintiff-Appellee

Before HULL, WILSON and BLACK, Circuit Judges.

PER CURIAM:

David L. Roberts, appointed counsel for Ralph Johnson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to with-

draw is **GRANTED** and Johnson's conviction and sentence is **AFFIRMED**.